PATRIOT FUNDING®

New England's Home Financing Team

August 28, 2002

Mr. Heath B. Lefort

**Re: Offer of Employment**

Dear Heath:

***Congratulations!*** You have been selected as the Director of Specialized Lending to be considered for employment with Patriot Funding. We are truly excited about the contributions that we feel you will make to Patriot Funding and we look forward to a long and mutually rewarding relationship with you. This letter outlines the general terms and conditions pursuant to which you would serve as the Director of Specialized Lending for the Company through an "at will" employment arrangement.

You agree that you will serve as the Director of Specialized Lending for the Company and will commit your full time and efforts in the service of the Company beginning on October 1, 2002. Your responsibilities will include, but not limited to Exhibit A. You will also be involved in building new opportunities for loan production in states where the Company is currently licensed and where the Company may in the future be licensed. You will also be responsible for production levels, yields, and quality of loans submitted by loan originators and other responsibilities set forth by management. Your annual salary will be $60,000, payable in accordance with normal Company payroll procedures (*see compensation addendum – exhibit B, currently semi-monthly payroll paid on the 15th and last day of each month). You will also be eligible for health and dental insurance, 401(k), life insurance, etc… (exhibit C) in accordance with Company policy.

As a condition of your employment with the Company, you will be expected to execute the Company's standard Confidentiality Agreement as well as a Non-Compete and Non-Solicitation Agreement that are necessary to protect the Company's intellectual property and other business interests.

This employment offer will expire at noon Friday, August 30th.

Heath, you have the opportunity to make an immediate impact on Patriot Funding. By joining Patriot Funding in its early growth stages, you will provide yourself an excellent opportunity for professional growth and a monetarily rewarding future. We hope you recognize the vast potential of this position. Please give me a call if you have any questions or comments about this letter. We look forward to having you on board and to your achieving great things with the Company.

Very truly yours,

James F. Picciotto
President

Accepted this Sept 10, 2002 day of August 2002.

Heath Lefort

**EXHIBIT A**

Director of Specialized Lending will be based out of "The Company's" branch office at 3960 Post Road, Warwick, RI 02886. This location is subject to change.

Director of Specialized Lending is expected to develop leads from outside sources (i.e. Attorney's, CPA's, other lending institutions, etc.) while servicing in-house leads from conforming loan officers.

**Reporting:** The Director shall report directly to the President; however the Director shall follow administrative protocol set forth by the Controller/Human Resource Director.

The Director of Specialized Lending shall build the Specialized Lending department according to the Business Plan/Budget while overseeing processing, file flow, compliance, investor relations and total profitability of the department.

**Business Plan/Budget:** The Director shall create a Business Plan/Budget with input from the President, Controller and other sources, which will be followed and if need be...updated.

**Lender/Investor Relations:** It is the responsibility of the Director to evaluate the entities the company utilizes for Specialized Lending. As part of the evaluation the Director will be responsible for reviewing all existing and any new investor contracts and other paperwork germane to becoming approved or remaining approved. The final responsibility for investor approval remains with the President. The principles should be based upon the following criteria;

- Programs (uniqueness, pricing, etc.)
- Service Level
- Reputation

It will also be the responsibility of the Director to ensure said investors give Patriot's loan officers, realtor contacts, any referral sources and clients a satisfactory customer service level.

**Profitability:** As per the Business Plan/Budget, Director is responsible to maintain profitability and to ensure revenue generation is at sufficient levels.

**Staff:** The Director will staff the department with appropriate administrative and sales personnel per the Business Plan/Budget. Any processors will also have reporting duties the Director of Operations for the Company.

**Compliance:** It will be the responsibility of the director to ensure all federal and state compliance laws and regulations are adhered to. This includes but is not limited to; all disclosures, reporting, etc. Also, internal compliance which includes reporting to the accounting department and other department heads.

**File Flow:** Director will be responsible to implement an internal file flow system from referral/application through closing/post-closing. The internal file flow should be in writing and distributed to all loan officers.

**File Processing:** Until such time that closed loan volume dictates the hiring of a processor, the Director will be responsible to process, write-up, pre-qualify, etc., while creating an electronic underwriting/financial analysis platform.

The Director will also be responsible for any other duties the company deems necessary to ensure the success of the Specialized Lending department.

**EXHIBIT B**

Salary = $60,000 annually

Compensation: 4 Tier

**Specialized Lending**:

| | | | |
|---|---|---|---|
| 1) Referred by loan officer(LO): (incomplete package) | LO 12.5% | Director 37.5% | House 50% |
| 2) Generated and started by LO: (complete package) | LO 25% | Director 25% | House 50% |
| 3) Generated by Director: | | Director 50% | House 50% |
| 4) Generated by House | LO 12.5% | Director 12.5% | House 75% |

**Conforming Loans**:

| | | |
|---|---|---|
| 1) Referred by Director to loan officer (incomplete package) | Director 12.5% | L/O 37.5% |
| 2) Referred by Director to L/O (complete package) | Director 37.5% | L/O 12.5% |

(THE DIRECTOR WILL RE-DEFINE AND COMMUNICATE THE MEANING OF "COMPLETE" AND "INCOMPLETE" TO ALL SALES PERSONNEL)

**EXHIBIT C**

Medical benefits:

Blue Cross/Blue Shield (HMO Blue New England). Employee pays 40% of monthly premium, currently $249.97 single, $655.67 family. Employee's monthly portion ($99.99 single, $262.27 family, respectively). Eligible after 1 month.

Dental benefits:

Delta Dental. Employee pays 40% of monthly premium, currently $35.35 single, $107.16 family. Employee's monthly portion ($14.14 single, $42.86 family, respectively). Eligible after 1 month.

Life and Long-Term Disability Insurance:

The Principle Financial Group. Company pays 100% of the premium cost. Coverage is twice the annual earnings up to a maximum of $100,000 term coverage. Eligible after 1 month.

401(k) plan:

Sponsored by ING. 100% employee contributions up to 15% of earnings. Eligible after 6 months.