PATRIOT FUNDING®

New England's Home Financing Team

**EMPLOYEE CONFIDENTIALITY AGREEMENT**

I, Heather Lefort, understand that as part of my employment or continued employment with Patriot Funding L.P., a Massachusetts limited partnership doing business as Patriot Funding (the "Company"), I will have access to confidential and proprietary information of the Company. I recognize that in order to protect the legitimate interests of the Company it is necessary for the Company to protect all such information by keeping it confidential.

In consideration of my employment, I agree at all times during and subsequent to my employment to keep confidential and not to disclose to anyone, or use for my own benefit, either directly or indirectly, any information of an unpublished, confidential, or proprietary nature. I understand that "Confidential Information" means any Company proprietary information, trade secrets or know-how, including, without limitation, customer or client lists, business prospects, proposals, pricing methods, Company contracts, labor relations policies, and any other information concerning the business or affairs of the Corporation which is not known by or generally available to the public.

I agree that all Confidential Information, and any files, letters, memoranda, notes, or other documents containing such information, are the property of the Company, and that I will return any such documents to the Company upon request or upon termination of my employment.

Signed as a sealed instrument on the date written below.

______________________________
Signature of Employee

Date: 9-26-02