**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**PATRIOT FUNDING, LLC,**

**Plaintiff,**

**v.** **Civil Action No.1:06-cv-00086-S-LDA**

**HEATH LEFORT and FAIRWAY INDEPENDENT MORTGAGE CORP. d/b/a FAIRWAY NEW ENGLAND MORTGAGE,**

**Defendants.**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1) plaintiff Patriot Funding, LLC hereby files notice that it has voluntarily dismissed this action without prejudice against defendants Heath Lefort and Fairway Independent Mortgage Corp. d/b/a Fairway New England Mortgage. Patriot Funding had previously filed a Notice of Voluntary Dismissal on March 13, 2006, see date stamped Notice, a copy of which is attached hereto as Exhibit A.

PATRIOT FUNDING, LLC

By its attorneys,

NIXON PEABODY LLP

GRANTED
William E. Smith
U.S. District Judge
4/21/06

Neal J. McNamara, Esq. (4249)
One Citizens Plaza
Providence, RI 02903
401-454-1000
nmcnamara@nixonpeabody.com

Dated: April 19 2006

P132525.1

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **PATRIOT FUNDING, LLC,**<br>**Plaintiff,**<br>**v.**<br>**HEATH LEFORT and FAIRWAY INDEPENDENT MORTGAGE CORP. d/b/a FAIRWAY NEW ENGLAND MORTGAGE,**<br>**Defendants.** | **Civil Action No.1:06-cv-00086-S-LDA** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1) plaintiff Patriot Funding, LLC hereby files notice that it has voluntarily dismissed this action without prejudice against defendants Heath Lefort and Fairway Independent Mortgage Corp. d/b/a Fairway New England Mortgage.

PATRIOT FUNDING, LLC

By its attorneys,

NIXON PEABODY LLP

Neal J. McNamara, Esq. (4249)
One Citizens Plaza
Providence, RI 02903
401-454-1000
nmcnamara@nixonpeabody.com

Dated: March 13, 2006

# 3646400_v1